IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

DONALD LYNN GROSS                                                                              PLAINTIFF

    v.                              Civil No.  11-5155

BENTON COUNTY DETENTION
CENTER                                                                                          DEFENDANT

## REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

Plaintiff, Donald Lynn Gross, filed this *pro se* civil rights action under 42 U.S.C. § 1983. With his complaint, Plaintiff submitted an incomplete *in forma pauperis* (IFP) application. For this reason, he was given until July 15, 2011, to either submit a completed application or pay the filing fee.

On July 18th, a change of address was entered for the Plaintiff (Doc. 4).  He was given an extension of time until August 3rd, to submit the completed IFP application or pay the filing fee.

On August 22, 2011, a show cause order was entered.  Plaintiff was given until September 6, 2011, to show cause why this case should not be dismissed based on his failure to obey the orders of the Court and his failure to prosecute this action.  Plaintiff has not responded to the show cause order.   Plaintiff has not communicated with the Court.

I therefore recommend that this case be dismissed without prejudice based on the Plaintiff's failure to obey the orders of this Court and his failure to prosecute this action.  Fed. R. Civ. P. 41(b).

-1-

AO72A
(Rev. 8/82)

**The Plaintiff has fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The Plaintiff is reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 12th day of September 2011.

/s/ *Erin L. Setser*
HON. ERIN L. SETSER
UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)